SEJALON v. WOOLVERTON.

(Supreme Court, Appellate Term.    April 16, 1900.)

CARRIERS—LOSS OR INJURY TO GOODS—ACTIONS—BURDEN OF PROOF.
    In an action against a carrier to recover for injury to goods being trans-
    ported by it under a contract which exempted it from liability for loss aris-
    ing from certain causes, the burden is on plaintiff to show facts taking
    the case out of the operation of the exemption clause.

Appeal from municipal court, borough of Manhattan.
Action by Charles R. Sejalon against William H. Woolverton, as
president of the New York Transfer Company.   From a judgment
in favor of defendant, plaintiff appeals.   Affirmed.
Argued before BEEKMAN, P. J., and GIEGERICH and O'GOR-
MAN, JJ.

William H. Chorosh, for appellant.
Lockwood & Hill (Joseph E. Russell, Jr., of counsel), for respond-
ent.

PER CURIAM.   There was sufficient evidence adduced upon the
trial to warrant the justice in finding, as is assumed from the judg-
ment, that the wheels were transported by the defendant under a
special contract, at the plaintiff's risk of damage.   The burden was
therefore upon the plaintiff to show facts taking the case out of
the operation of the exemption clause.   Whitworth v. Railway Co.,
87 N. Y. 413, 419;  Canfield v. Railroad Co., 93 N. Y. 532.   This he
wholly failed to do, and, under the circumstances, we have no alter-
native other than to affirm the judgment.
Judgment affirmed, with costs.